# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

August 29, 2006

Mr. Daren K. Martin #90389-022
Federal Prison Camp La Tuna
P.O. Box 8000
Anthony, New Mexico 88021

**Re: United States of America v. Daren K. Martin; Cr. No. 03-00374 SOM**

Dear Mr. Martin:

      I have reviewed your letter dated August 17, 2006, in which you state that the Bureau of Prisons considers you to be a violent criminal and therefore unlikely to be enrolled in the 500-Hour Residential Drug Abuse Program. You ask whether I intended to recommend you for RDAP. As stated in your judgment, I did recommend the 500-hour program for you. That recommendation, however, is not binding on the Bureau of Prisons, which has the sole discretion to enroll you or decline to enroll you in the program.

      You question the basis of the Bureau of Prisons' determination concerning your eligibility for the program. You say that the judgment does not indicate anything about violence. The Bureau of Prisons is not limited to basing its determinations on the judgment. It may, for example, also consider the Presentence Investigation Report, referred to at your sentencing hearing. In any event, I have no authority over the programs that the Bureau of Prisons enrolls you in.

      I hope I have addressed the concerns raised in your letter. Best wishes in your efforts to use your time to the best advantage.

Very truly yours,

Susan Oki Mollway
United States District Judge

c: David Minkin
   Beverly Sameshima