Daren K. Martin #90389-022
Federal Prison Camp La Tuna
Post Office Box 8000
Anthony, New Mexico 88021

August 17, 2006

Honorable Susan Oki Mollway,
United States District Judge
District of Hawaii
c/o United States Courthouse
300 Ala Moana Boulevard
Honolulu, HI         96813

Re: Case No. 1:03-CR-00374-001

Dear Judge Mollway:

    Your Honor, this letter is in reference to the above numbered case in which I appeared before Your Honorable Court for sentencing in 2005. In my JUDGMENT IN A CRIMINAL CASE you made a recommendation that I participate in the BOP 500 Hour Residential Drug Abuse Program. Since arriving at the Federal Prison camp La Tuna in Anthony, New Mexico I have discovered from prison staff that my eligibility for all aspects of the program is significantly diminished due to staff belief that I am a violent criminal. In reviewing my Judgment I have noticed that it nowhere states anything other than my sentence of imprisonment, supervised release term, and your recommendation.

    I humbly request that you provide me with a response, or that Your Courtroom Deputy or Secretary will respond and state in the letter or other response that it was the Court's intent in its recommendation that I attend the BOP RDAP program with full benefit of all its rehabilitative and incentive benefits.

    I am not certain of how to approach the Court on a more formal basis and beg the Court's pardon for any inadvertant errors I have made within this request. I would like the Court to know that I am doing well in serving my sentence and that I look forward to being able to attend the BOP RDAP drug program. PLease mail your response to me at the above address. I sincerely thank you for your time and consideration of my situation.

                                     Respectfully submitted,

                                       Daren K. Martin

Honorable Susan Oki Mollway,
United States District Judge
c/o U.S. Courthouse
300 Ala Moana Blvd.
Honolulu, HI    96813

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 2 9 2006
DISTRICT OF HAWAII

Daren K. Martin #90389-022
Federal Prison Camp La Tuna
P.O. Box 8000
Anthony, NM    88021